UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANGELA RIDENOUR, | : | Case No. 3:20-cv-478 |
| | : | |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| | : | (by full consent of the parties) |
| vs. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| | : | |
| Defendant. | : | |

# DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion for Remand. (Doc. No. 11). The parties agree that the Commissioner's decision should be reversed pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), and that this matter should be remanded to the Commissioner for further administrative proceedings. The parties further agree that judgment should be entered in Plaintiff's favor. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's August 2020 decision. The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act during the relevant period, from January 31, 2013 through June 9, 2017. The Commissioner will not reconsider the period after June 9, 2017. The Commissioner will issue a new decision that will properly weigh the medical opinion evidence in accordance with the applicable regulations.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion for Remand to the Commissioner (Doc. No. 11) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' motion; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

August 4, 2021 *s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge